LAW OFFICES OF JULIE M. MCCOY
JULIE M. MCCOY, Bar no. 129640
JACQUELYNE M. NGUYEN, Bar no. 249658
1670 SANTA ANA AVE., SUITE "K"
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax: (949) 722-8416

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CV 12-4183 URC |
|---|---|
| Plaintiff, | |
| vs. | CONSENT JUDGMENT |
| RICARDO D. MARTINS, | |
| Defendant | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Ricardo D. Martins, in the principal amount of $13,036.83 plus interest accrued to March 7, 2012, in the sum of $18,123.35; with interest accruing thereafter at 8% annually until entry of judgment, for a total amount of **$31,160.18**.

DATED: 6/13/2012     By: TERRY NAFISI
                         Clerk of the Court

                         L. RAYFORD
                         Deputy Clerk
                         United States District Court