1  LAW OFFICES OF JULIE M. MCCOY
   JULIE M. MCCOY, Bar no. 129640
2  JACQUELYNE M. NGUYEN, Bar no. 249658
   1670 SANTA ANA AVE., SUITE "K"
3  COSTA MESA, CA 92627
   Telephone: (949) 722-0055
4  Fax: (949) 722-8416

5  Attorney for: PLAINTIFF

6

7

8                UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          No. CV 12-4183 URC

12                    Plaintiff,

13        vs.                          CONSENT JUDGMENT

14  RICARDO D. MARTINS,

15                    Defendant

16

17      Pursuant to the above stipulation of the parties,

18  Judgment is hereby entered in favor of Plaintiff, UNITED

19  STATES OF AMERICA, against Defendant, Ricardo D. Martins, in

20  the principal amount of $13,036.83 plus interest accrued to

21  March 7, 2012, in the sum of $18,123.35; with interest

22  accruing thereafter at 8% annually until entry of judgment,

23  for a total amount of **$31,160.18**.

24

25  DATED: ___6/13/2012___        By: TERRY NAFISI
                                      _____
26                                      Clerk of the Court

27

                                      L. RAYFORD
28                                    _____
                                      Deputy Clerk
                                      United States District Court